UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

Lane No. 1, Inc.,

    Plaintiff,

  v.

Lane Masters Bowling, Inc.,

    Defendant.

------------------------------------------------------------------------

**STIPULATION OF DISMISSAL**

Civil Action No.:
5:06-cv-508 (GTS/ATB)

    **THE PARTIES HEREBY STIPULATE AND AGREE**, through their attorneys of record in the above-entitled action, to the following that the above-entitled action be dismissed with prejudice, including all claims and counterclaims, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure according to the following terms;

    (1)    Each party bear its own costs, attorneys' fees, expenses and/or disbursements;

    (2)    Lane No. 1 agrees not to sue Lane Masters Bowling, Inc. for patent infringement for the making, using, importing, selling, or offering to sell any bowling ball that Lane Masters, Inc. has in the past or is currently manufacturing or selling.

    (3)    Lane No. 1 hereby agrees not to make any statements, threats, or other representations to Lane Masters' customers or distributors, or to anyone else, that the manufacture, use, and/or sale of any bowling ball that Lane Masters, Inc. has in the past or is

currently manufacturing or selling is or was an infringement of U.S. Patent No. RE 35,488 Patent.

Dated:  June 7, 2011

*s/David L. Nocilly*
_____
BOND, SCHOENECK & KING, PLLC

David L. Nocilly
One Lincoln Center
Syracuse, NY 13202
Telephone:  (315) 218-8515

Attorneys for Plaintiff, Lane No. 1


IT IS SO ORDERED:

_____
Andrew T. Baxter
U.S. Magistrate Judge

Dated: June 8, 2011
        Syracuse, NY

Dated:  June 7, 2011

*s/Ashley D. Hayes*
_____
HANCOCK ESTABROOK, LLP

Ashley D. Hayes, Esq. (Bar Roll No. 51133)
1500 AXA Tower I, 100 Madison Street
Syracuse, NY 13202
Telephone: (315) 565-4500

and

Edward S. Wright, Esq.
1100 Alma Street, Suite 207
Menlo Park, CA 94025
Telephone: (650) 330-0830

Attorneys for Defendant, Lane Masters Bowling

{H1559814.1}                                         2                                       1855768.1 6/7/2011